UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STATE FARM MUTUTAL
AUTOMOBILE INSURANCE
COMPANY,

    Plaintiff,

v.                                                    Case No:  6:23-cv-235-RBD-EJK

KATHLEEN PATRICIA LOGAN,
ROBERT LOUIS SKINNER, NANCY
H. SKINNER, DANIEL SKINNER,
GEICO INDEMNITY COMPANY
and SKINNER'S AUTO SALES &
SERVICE,

    Defendants.
_____

## ORDER

This cause is before the Court after it ordered Plaintiff to show cause by written response by June 23, 2023, why the case should not be dismissed for failure to prosecute as to Defendants Kathleen Patricia Logan and Geico Indemnity Company. (Doc. 23 ("OSC").) The time has passed and Plaintiff failed to respond as directed in the order.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1.    The OSC (Doc. 23) is **DISCHARGED**.

2.    The claims against Defendants Kathleen Patricia Logan and Geico

Indemnity Company are **DISMISSED** without prejudice.

3. The Clerk is **DIRECTED** to terminate Defendants Kathleen Patricia Logan and Geico Indemnity Company as parties to this action.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 5, 2023.

ROY B. DALTON JR.
United States District Judge