UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STATE FARM MUTUTAL
AUTOMOBILE INSURANCE
COMPANY,

    Plaintiff,

v.                                          Case No:  6:23-cv-235-RBD-EJK

ROBERT LOUIS SKINNER, NANCY
H. SKINNER, DANIEL SKINNER
and SKINNER'S AUTO SALES &
SERVICE,

    Defendants.
_____

## ORDER

This cause is before the Court after it ordered the parties to file a joint Case Management Report by July 20, 2023.  (Doc. 32). The time has passed and the parties failed to file the Case Management Report.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED** without prejudice for failure to comply with a court order (Doc. 32) and failure to comply with Local Rule 3.02(b). The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 21, 2023.



ROY B. DALTON JR.
United States District Judge

Case 6:23-cv-00235-RBD-E_K    Document 35    Filed 07/21/23    Page 2 of 2 PageID 338